Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN HOFER and JONATHAN HOFER,<br><br>    Plaintiffs,<br><br>  v.<br><br>KYLE EMLEY, a Contra Costa County Deputy Sheriff, in his individual capacity, WILLIAM ODOM, a Contra Costa County Deputy Sheriff, in his individual capacity, BRANDON GANT, a Contra Costa County Deputy Sheriff, in his individual capacity, Defendant DOE 1, a Contra County Deputy Sheriff, in his individual capacity, COUNTY OF CONTRA COSTA, a municipal corporation, CITY OF SAN JOSE, a municipal corporation, VIGILANT SOLUTIONS, INC., GETAROUND, INC., and Does 1 to 50,<br><br>    Defendants. | Case No.  3:19-cv-02205-JSC<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERFENCE** |

      Plaintiffs withdraw their Motion to Continue the Initial Case Management Conference (Dkt 9). Counsel for Plaintiffs miscalendared the CMC for June 25, 2019, when the Court's scheduling order actually sets it for July 25, 2019. Accordingly, Plaintiffs see no need for

1 | continuing the Conference based upon the correct date.

                                        Respectfully submitted,

                                        /s/ Glenn Katon
                                        Glenn Katon

                                        ATTORNEY FOR PLAINTIFFS