1  DARREN S. TESHIMA (STATE BAR NO. 238875)
   dteshima@orrick.com
2  REBECCA HARLOW (STATE BAR NO. 281931)
   rharlow@orrick.com
3  LAUREN M. KESSLER (STATE BAR NO. 317834)
   lkessler@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 5759
7
   Attorneys for Defendant
8  GETAROUND Inc.

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 | BRIAN HOFER and JONATHAN HOFER,         Case No. 3:19-cv-02205

14 |              Plaintiff,                 **DEFENDANT GETAROUND, INC.'S
                                             CERTIFICATION OF INTERESTED
15 |         v.                              ENTITIES OR PERSONS**

16 | KYLE EMLEY, at al.,                     **L.R. 3-15(b) & FRCP 7.1**

17 |              Defendant.

Pursuant to Local Rule 3-15(b) and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| ENTITY | CONNECTION/INTEREST |
|---|---|
| GETAROUND, INC. | DEFENDANT |

Dated: July 10, 2019

DARREN S. TESHIMA
REBECCA HARLOW
LAUREN MICHELLE KESSLER
Orrick, Herrington & Sutcliffe LLP

By:  */s/ Darren S. Teshima*
DARREN S. TESHIMA
Attorneys for Defendant
GETAROUND Inc.