DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
LAUREN M. KESSLER (STATE BAR NO. 317834)
lkessler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
GETAROUND Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOFER and JONATHAN HOFER, | Case No. 3:19-cv-02205 |
| Plaintiff, | **DEFENDANT GETAROUND, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: DECLARATION OF GARRETT KADILLAK IN SUPPORT OF GETAROUND, INC.'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| KYLE EMLEY, at al., | |
| Defendant. | **L.R. 79-5** |

Pursuant to Civil Local Rule 79-5, Defendant Getaround, Inc. ("Getaround") respectfully submits this Administrative Motion to File Under Seal to request leave to file under seal the unredacted version of the Declaration of Garrett Kadillak in Support of Defendant Getaround, Inc.'s Motion to Compel Arbitration. An exhibit to the Declaration includes certain personal information of Plaintiff Brian Hofer contained in a Getaround account database. Accordingly, Getaround respectfully requests the Court grant this motion for administrative relief and allow Getaround to file the unredacted Declaration under seal. The redacted version will be filed publicly. Getaround will lodge the unredacted version of the document with the Court in accordance with Civil Local Rule 79-5.

Dated: July 10, 2019

DARREN S. TESHIMA
REBECCA HARLOW
LAUREN MICHELLE KESSLER
Orrick, Herrington & Sutcliffe LLP

By:  */s/ Darren S. Teshima*
DARREN S. TESHIMA
Attorneys for Defendant
GETAROUND INC.