Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN HOFER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> KYLE EMLEY, et al., <br><br> Defendants. | Case No.  3:19-cv-02205-JSC <br><br> **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS** |

  Plaintiffs Brian and Jonathan Hofer and Defendants Vigilant Solutions, Inc. and City of San José file this Stipulated Motion to Extend Time to Respond to Motions to Dismiss pursuant to Federal Rule of Civil Procedure 6(b)(1), based upon the following:

  Defendants City of San José and Vigilant Solutions, Inc. filed Motions to Dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) on July 1, 2019 (Dkts 12 and 13, respectively). Plaintiffs' deadline to respond to those motions is July 15, 2019, under Local Rule 7-3(a). After City of San José and Vigilant Solutions moved to dismiss, Plaintiffs agreed to an extension of time for Defendant Contra Costa County and two of its Defendant deputies to respond to the Complaint until July 15, 2019. Plaintiffs requested, and City of San José and Vigilant Solutions

agreed to, an extension of time to oppose their motions until July 22, 2019, so they may review the Contra Costa County Defendants response to the Complaint and decide whether to amend their pleading pursuant to Rule 15(a)(1)(B).

Accordingly, Plaintiffs Brian and Jonathan Hofer and Defendants Vigilant Solutions, Inc. and City of San José move the Court to approve the following deadlines:

**July 22, 2019**: Plaintiffs' opposition to Vigilant Solutions and City of San José's Motions to Dismiss

**August 2, 2019**: Vigilant Solutions and City of San José's reply to Plaintiffs' opposition

**August 22, 2019 at 9:00 a.m. (Unchanged)**: Hearing on Motions to Dismiss

Respectfully submitted,

| | |
|---|---|
| KATON.LAW | KILPATRICK TOWNSEND & STOCKTON LLP |
| /s/ Glenn Katon<br>Glenn Katon | /s/ Holly Gaudreau<br>Holly Gaudreau |
| Counsel for Brian and Jonathan Hofer | Counsel for Vigilant Solutions, Inc. |

OFFICE OF THE CITY ATTORNEY | CITY OF SAN JOSÉ

/s/ Julia Van Roo
Julia Van Roo

Counsel for City of San José

## ORDER

The Court GRANTS the parties' stipulated motion and ORDERS that the briefing schedule specified above shall govern the Motions to Dismiss filed by Defendants City of San José and Vigilant Solutions, Inc.

IT IS SO ORDERED on July ___, 2019

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE