Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN HOFER, et al., | Case No.  3:19-cv-02205-JSC |
| Plaintiffs, | |
| v. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL ARBITRATION** |
| KYLE EMLEY, et al, | |
| Defendants. | |

Plaintiffs Brian and Jonathan Hofer and Defendant Getaround, Inc. file this Stipulated Motion to Extend Time to Respond to Motion to Compel Arbitration, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), based upon the following:

Getaround filed its Motion to Compel Arbitration on July 10, 2019. Pursuant to Local Rule 7-3(a), Plaintiffs' opposition is due July 24, 2019. Plaintiffs and Getaround now stipulate to a one-week extension, so that Plaintiffs may file their opposition no later than July 31, 2019. Getaround's reply would then be due August 8, 2019. The hearing on the motion is set for August 22, 2019.

Accordingly, Plaintiffs and Getaround move the Court to enter the new deadlines set forth in the proposed order, below.

Respectfully submitted,

| | |
|---|---|
| KATON.LAW | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| /s/ Glenn Katon | /s/ Rebecca Harlow |
| Glenn Katon | Rebecca Harlow |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR GETAROUND INC. |

## ORDER

Pursuant to the Stipulated Motion to Extend Time to Respond to Motion to Compel Arbitration, above, the deadlines for the opposition and reply to Getaround's motion are as follows:

    Plaintiffs' Opposition:    July 31, 2019

    Getaround's Reply:    August 8, 2019

IT IS SO ORDERED on July ___. 2019.

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE