DARREN S. TESHIMA (STATE BAR NO. 238875)
dteshima@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
LAUREN MICHELLE KESSLER
lkessler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
Getaround, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN HOFER, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>KYLE EMLEY, et al.,<br><br>             Defendants. | Case No. 3:19-cv-02205-JSC<br><br>**STIPULATED MOTION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION**<br><br>Date:    Aug. 22, 2019<br>Time:    9:00 a.m.<br>Judge:   Hon. Jacqueline Scott Corley |

Plaintiffs Brian and Jonathan Hofer and Defendant Getaround, Inc. file this Stipulated Motion to Continue Hearing on Motion to Compel Arbitration, based upon the following:

Getaround filed its Motion to Compel Arbitration on July 10, 2019.  Plaintiffs filed their Opposition to the motion on July 31, 2019, and Getaround filed its reply on August 8, 2019.  The hearing is currently set for Thursday August 22, 2019 at 9:00 a.m.

The other defendants in this action have filed a total of three motions to dismiss the First Amended Complaint.  Defendants County of Contra Costa, Kyle Emley, William Odom, and Brandon Gant filed a joint motion and Defendants City of San Jose and Vigilant Solutions, Inc. each filed its own motion.  All three motions were filed on August 5, 2019 and all three are set for

hearing on September 12, 2019 at 9:00 a.m.

  Plaintiffs and Getaround believe it would be most efficient for the Court and for the parties to resolve all pending motions in a single hearing and therefore respectfully request that the hearing on Getaround's Motion to Compel Arbitration be continued from August 22, 2019 to September 12, 2019.

Dated: August 14, 2019

           DARREN S. TESHIMA
           REBECCA HARLOW
           LAUREN MICHELLE KESSLER
           Orrick, Herrington & Sutcliffe LLP

           By: */s/ Darren S. Teshima*
             DARREN S. TESHIMA
             Attorneys for Defendant
             Getaround, Inc.

           KATON.LAW

           By: */s/ Glenn Katon*
             GLENN KATON
             Attorney for Plaintiffs

## **ORDER**

  Pursuant to the Stipulated Motion to Continue Hearing on Motion to Compel Arbitration, above, the hearing on Getaround Inc.'s Motion to Compel Arbitration is continued to September 12, 2019 at 9:00 a.m.

  IT IS SO ORDERED on August __15__, 2019.

**GRANTED**
Judge Jacqueline Scott Corley

           _____
           HON. JACQUELINE SCOTT CORLEY
           UNITED STATES MAGISTRATE JUDGE