Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Phone: 510-463-3350
Fax: 510-463-3349

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOFER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KYLE EMLEY, et al., <br><br> Defendants. | Case No.: 3:19-cv-02205-JSC <br><br> **STIPULATED MOTION TO CONTINUE JUNE 25, 2020 CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |

Plaintiffs, Brian and Jonathan Hofer, and Defendants, Kyle Emley, William Odom, Brandon Gant, and County of Contra Costa, hereby stipulate to the continuance of the Case Management Conference currently scheduled for June 25, 2020 at 1:30 p.m. (per Dkt 75), based upon the following:

The parties are scheduled to participate in a settlement conference with Magistrate Judge Westmore on June 29, 2020. A previously scheduled settlement conference was continued because of a technology access issue to conduct the conference by video. Since the last Case Management Conference on February 20, 2020, the parties have served and responded to written discovery, conferred with Judge Westmore about settlement prospects, and exchanged settlement offers. The parties do not have anything additional to report to the Court for the currently scheduled CMC, but expect that after the settlement conference, they will know better whether they will seek any adjustments to scheduling or have other considerations to raise with the Court.

Accordingly, the parties' Stipulated Motion to Continue June 25, 2020 Case Management Conference should be granted, and the Court should reset the CMC for a date after the June 29, 2020 settlement conference.

| | |
|---|---|
| KATON.LAW | CONTRA COSTA COUNTY COUNSEL'S OFFICE |
| /s/ Glenn Katon | |
| Glenn Katon | /s/ Dylan Radke |
| | Dylan Radke |
| ATTORNEY FOR BRIAN HOFER AND JONATHAN HOFER | ATTORNEY FOR KYLE EMLEY, WILLIAM ODOM, BRANDON GANT, and COUNTY OF CONTRA COSTA |

The Case Management Conference is continued until __July 30__, 2020 at _1:30 p.m_.

IT IS SO ORDERED on June _19_, 2020.

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE