Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Phone: 510-463-3350
Fax: 510-463-3349

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOFER, et al., | Case No.: 3:19-cv-02205-JSC |
| Plaintiffs, | **NOTICE OF SETTLEMENT AND PROPOSED ORDER** |
| vs. | |
| KYLE EMLEY, et al., | |
| Defendants. | |

The parties and their counsel participated in a settlement conference before the Hon. Kandis A. Westmore on June 29, 2020, at which they reached agreement to settle the case, subject to approval by a committee of the County Counsel and Sheriff's Offices.

If the committee approves the settlement as expected, the parties will execute a release and Defendants will issue payment to Plaintiffs. Plaintiffs ask the Court for 90 days to execute the release and complete payment so that the parties be given until September 28, 2020 to file a stipulation of dismissal or Case Management Statement explaining the status of the case. Plaintiffs further submit that the currently scheduled Case Management Conference on July 30, 2020 should be vacated in light of the conditional settlement.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR BRIAN HOFER AND JONATHAN HOFER

## **ORDER**

No later than September 28, 2020, the parties shall file a stipulation of dismissal or Case Management Statement explaining the status of the case. The Case Management Conference currently scheduled on July 30, 2020 is VACATED.

IT IS SO ORDERED on June ___, 2020.

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE