```
Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
Phone: 510-463-3350
Fax: 510-463-3349
```

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOFER, et al., | Case No.: 3:19-cv-02205-JSC |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| KYLE EMLEY, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Brian and Jonathan Hofer, and Defendants, Kyle Emley, William Odom, Brandon Gant, and County of Contra Costa, stipulate to the dismissal of all claims against all Defendants in the above-captioned case, with prejudice.

Respectfully submitted,

KATON.LAW

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR BRIAN HOFER AND
JONATHAN HOFER

OFFICE OF THE CONTRA COSTA
COUNTY COUNSEL

/s/ Dylan Radke
Dylan Radke

ATTORNEY FOR KYLE EMLEY, WILLIAM
ODOM, BRANDON GANT, and COUNTY
OF CONTRA COSTA